**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
*EASTERN DIVISION***

| | |
|---|---|
| In re: | Case No. 05 B 53620 |
| | Chapter 7 |
| JAMES HARTANOVICH, | Hon. Bruce W. Black |
| Debtor. | Hearing Date: November 18, 2005 |
| | Hearing Time: 9:15 a.m. |

## AMENDED NOTICE OF HEARING ON MOTION TO MODIFY AUTOMATIC STAY

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Friday, November 18, 2005 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Bruce W. Black, or any other judge sitting in his stead, in Courtroom 201 located at 57 West Jefferson, Joliet, Illinois, and then and there present the **MOTION OF WAYNE COHEN TO MODIFY THE AUTOMATIC STAY**, a copy of which was previously served upon you, at which time and place you may appear as you see fit.

                                            **WAYNE COHEN**

                                            By: /s/ Joy E. Levy
                                                     One of his Attorneys

Steven N. Malitz
Daniel I. Schlade
Joy E. Levy
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, Joy E. Levy, an attorney, certify that I caused a copy of this notice to be served on the foregoing parties by deposit in the U.S. Mail at the addressed indicated on the attached Service List on October 26, 2005.

                                                /s/ Joy E. Levy

## SERVICE LIST

James Alan Hartanovich
26839 S. Wildgrass Turn
Monee, IL 60449

Eric G. Zelazny
Eric G. Zelazny, Attorney at Law
401 W. Lockport St.
Plainfield, IL 60544

Office of the United States Trustee
227 W. Monroe Street, Suite 3350
Chicago, IL 60606

Bradley J. Waller
Klein Stoddard Buck Waller & Lewis LLC
2045 Aberdeen Court
Sycamore, IL 60178

Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290-1154

American General Finance
PO Box 56
Fox Lake, IL 60020-0056

American Medical Response
1200 S.Martin Luther Blvd
Las Vegas, NV 89102

Blatt, Hasenmiller, Leibsker & Moore
125 S Wacker Dr Ste 400
Chicago, IL 60606-4440

Citibank SD
P.O. Box 15687
Wilmington, DE 19850-5687

Com Ed
Bill Payment Ctr
Chicago, IL 60668-0001

Desert Radiologists
3090 S Durango Dr Ste 200
Las Vegas, NV 89117-9192

Desert Springs Hospital
File 57442
Los Angeles, CA 90074

Household Credit Services
P.O. Box 88000
Baltimore, MD 21288-0001

Kohl's
P.O. Box 2983
Milwaukee, WI 53201

Merrionette Park Physicians
135 S La Salle St Dept 1650
Chicago, IL 60603-4177

Nco Financial Systems
507 Prudential Rd
Horsham, PA 19044-2308

Onyx Acceptance Corporation
27051 Towne
Foothill Ranch, CA 926

The Company Corporation
Compliance Department
2711 Centerville Rd
Wilmington, DE 19808-1660

Village Of Oak Lawn
9446 Raymond Ave
Oak Lawn, IL 60453-2449

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927